# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 11 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America )
v. )
RODRIGUEZ-Sigala, Andrew Ramon )   Case No. 2:20-M-02119, 001
MELERO-Sigala, Ezequiel Alexis ) 002
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___12/09/2020___ in the county of ___Maverick___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | unlawfully, knowingly, and intentionally import or cause to be imported a quantity of Methamphetamine (approximately 18.88 kilograms), a Schedule II Controlled Substance, and Heroin (approximately 1.12 kilograms) a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

see attachment

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Javier Ruiz
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___12/11/2020___

_____
*Judge's signature*

City and state: ___Del Rio, Texas___       United States Magistrate Judge Collis White
*Printed name and title*

2:20-M-02119,001
002

2:20-M-02119,001 / 002

## CRIMINAL COMPLAINT AFFIDAVIT

On December 09, 2020, Andrew Ramon RODRIGUEZ-Sigala and Ezequiel Alexis MELERO-Sigala entered into the United States from the Republic of Mexico through the Eagle Pass Port of Entry, Bridge #2, Eagle Pass, TX as the drivers of a 2002 Ford F150 bearing Texas license plate NMZ4708 and a 2009 Toyota Camry bearing Texas license plate NVX9971. MELERO was the driver of the 2002 Ford F150 bearing Texas license plate NMZ4708 and RODRIGUEZ was the driver of the 2009 Toyota Camry bearing Texas license plate NVX9971. Upon inspection of the vehicles, U.S. Customs and Border Patrol Protection Officers (CBPOs) discovered packages concealed within the door panels of the 2002 Ford 150 bearing Texas License plate NMZ4708, that tested positive for Methamphetamine. The Methamphetamine produced a total weight of 11.78 kilogram.

Homeland Security Investigations (HSI) Special Agents (SAs) responded to interview both RODRIGUEZ and MELERO. During a post Miranda interview, MELERO stated that his brother, RODRIGUEZ, was involved with a Drug Trafficking Organization (DTO) out of the Republic of Mexico and had previously transported drugs into the United States from the Republic of Mexico for this organization. MELERO stated that he and RODRIGUEZ had taken bulk cash into the Republic of Mexico the day prior and MELERO stated that he knew that the money was proceeds from the previous drug smuggling load RODRIGUEZ had done the week prior.

As HSI SAs interviewed MELERO, RODRIGUEZ stated to several CBPOs that the 2002 Ford F150 bearing Texas license plate NMZ4708 belonged to him and that whatever was found in the truck belonged to RODRIGUEZ. CBPOs advised RODRIGUEZ that HSI SAs would come speak with him soon and take his statement. During a post Miranda interview, RODRIGUEZ stated that he had taken the 2002 Ford 150 bearing Texas License plate NMZ4708 about a week prior and dropped it off in the Republic of Mexico with people he didn't know and returned to the United States in the 2009 Toyota Camry bearing Texas license plate NVX9971 that was provided to him. RODRIGUEZ requested an attorney and the interview was terminated.

During a secondary inspection of the 2009 Toyota Camry bearing Texas license plate NVX9971, CBPOs discovered packages concealed within the front quarter panels that field tested positive for Methamphetamine and Heroin. The Methamphetamine produced a total weight of 7.1 kilograms and the Heroin produced a total weight 1.12 kilograms. A combined total weight of both vehicles produced a total weight of 18.88 kilograms of Methamphetamine and 1.12 kilograms of Heroin.

_____
Javier Ruiz
Special Agent
Homeland Security Investigations (HSI)

Sworn to and subscribed before me this 10th day of December 2020.

_____
Honorable Collis White
United States Magistrate Judge
Western District of Texas